UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DEJESUS RODRIGUEZ, | No. 2:17-cv-1479 GEB AC PS |
| Plaintiff, | |
| v. | ORDER |
| JOYCE SAMPSON, | |
| Defendant. | |

Plaintiff is proceeding in this case in pro per. The proceeding has accordingly been referred to the magistrate by E.D. Cal. R. ("Local Rule") 302(c)(21).

Plaintiff has requested a 30-day extension of time to file his first amended complaint. ECF No. 4. Plaintiff indicates he "is in an infirmity in a local jail…without access to his notes [and] law library and [is] unable to proceed." Id.

For good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an amended complaint within 30 days of the date of this order.
2. If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed for failure to prosecute.

DATED: September 13, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE